

# Fourth Court of Appeals
## San Antonio, Texas

February 15, 2019

No. 04-19-00022-CV

**IN RE CYNTHIA CADWALLADER OCHSE**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Patricia O. Alvarez, Justice
Irene Rios, Justice
Liza Rodriguez, Justice

On January 18, 2019, this court issued an order substituting the Honorable Monique Diaz as respondent in this original proceeding, and abating the case for 60 days from the date of the order. Our order directed relator to present to Judge Diaz each issue made the subject of the pending petition for writ of mandamus and obtain a ruling on each issue.

On February 14, 2019, Judge Diaz filed an "Advisory to the Court and Request for Instructions." According to the Advisory, Judge Diaz has determined an *in camera* inspection of relevant documents should be conducted. Judge Diaz seeks direction from this court on whether or how she should proceed.

Judge Diaz may take whatever action she deems necessary to exercise her discretion in ruling on each issue made the subject of the pending petition for writ of mandamus. This court will take no further action on the petition until relator files either an amended petition and appendix containing a ruling from Judge Diaz or the appropriate motion to dismiss this mandamus proceeding.

It is so **ORDERED** on February 15, 2019.

---

[1] This proceeding arises out of Cause No. 2018-CI-05727, styled *William W. Ochse, IV and Chloe Ochse Seiler v. William W. Ochse, III Individually and as Trustee of the William W. Ochse, III Family 2008 Trust*, pending in the 37th Judicial District Court, Bexar County. The ruling complained of in this original proceeding was made from the bench by the Honorable Renee Yanta, former presiding judge of the 150th Judicial District Court, Bexar County, Texas.

PER CURIAM

ATTESTED TO:

Keith E. Hottle,
Clerk of Court